UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLISON CORNIA,<br><br>            Plaintiff,<br><br>    v.<br><br>CROSSOVER MARKET LLC,<br><br>            Defendant. | CASE NO. C21-1087 MJP<br><br>ORDER DENYING STIPULATED MOTION TO STAY CASE |

This matter is before the Court on the Parties' stipulated motion to stay the case. (Dkt. No. 8.) This is an employment discrimination case filed under Washington law that was removed based on diversity. (See Dkt. No. 1.) The Parties ask for a stay of 120 days because they have agreed to mediate their dispute and they say a stay would prevent further litigation costs. The Parties have not shown good cause for a stay. The Parties have given no specific information about what mediation efforts they intend to pursue—including even a date for mediation—or about what litigation costs a stay will avoid. The Court DENIES the motion without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

ORDER DENYING STIPULATED MOTION TO STAY CASE - 1

1  Dated August 27, 2021.

2

3  Marsha J. Pechman
   United States Senior District Judge