UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLISON CORNIA,

        Plaintiff,

v.

CROSSOVER MARKET LLC,

        Defendant.

CASE NO. C21-1087 MJP

ORDER GRANTING JOINT AMENDED MOTION TO STAY THE PROCEEDING

This matter is before the Court on the Parties' joint amended motion to stay the proceeding. (Dkt. No. 11.) This is an employment discrimination case filed under Washington laws that was removed based on diversity on August 13, 2021. (See Dkt. No. 1.) The Parties ask to stay the proceeding until December 9, 2021 to pursue a mediation scheduled for December 2. (Dkt. No. 11 at 1–2.) Parties can enter into an agreement to mediate and avoid the Court's docket altogether. But an agreement to mediate itself does not generally establish "good cause" to stay a proceeding. Nevertheless, the Court GRANTS the Parties' motion given that this case has come via removal and two court systems have spent resources to process a claim the Parties do not now wish to pursue. This proceeding is STAYED until December 9, 2021.

ORDER GRANTING JOINT AMENDED MOTION TO STAY THE PROCEEDING - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated September 13, 2021.

*(signature)*

Marsha J. Pechman
United States District Judge

ORDER GRANTING JOINT AMENDED MOTION TO STAY THE PROCEEDING - 2