UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLISON CORNIA,<br><br>               Plaintiff,<br><br>   v.<br><br>CROSSOVER MARKET LLC,<br><br>               Defendant. | CASE NO. 2:21-cv-1087 MJP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO STAY |

This matter comes before the Court on the Parties Stipulated Notice of Settlement and Request for Temporary Stay of Action (Dkt. No. 18.) The Parties have informed the Court that they have reached a settlement and expect to file a final stipulated dismissal no later than November 15, 2022. They request the Court temporarily stay this matter, including the deadlines previously set out by this Court. (Dkt. No. 17.) The Parties also stipulate to and request that all scheduled hearings in this matter be taken off the calendar.

The Court has considered the Parties' request and GRANTS the Motion.

//

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated October 31, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO STAY - 2